UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-60750

CIV-FERGUSON
MAGISTRATE JUDGE
SNOW

FILED by _____ D.C.
APR 18 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SEVENTEEN THOUSAND NINE
HUNDRED NINETY-SEVEN
DOLLARS ($17,997.00) IN
UNITED STATES CURRENCY AND
TEN THOUSAND SEVEN HUNDRED
AND TWO DOLLARS ($10,702.00)
IN UNITED STATES CURRENCY,

    Defendants.
_____/

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

The plaintiff, the United States of America, hereby files this Verified Complaint for Forfeiture *In Rem* and in support states the following:

1. This is a civil action for Forfeiture *In Rem* of Seventeen Thousand Nine Hundred Ninety-Seven Dollars ($17,997.00) in United States Currency and Ten Thousand Seven Hundred and Two Dollars ($10,702.00) in United States Currency (hereinafter referred to as the "defendant currency").

2. Jurisdiction is vested in this Court, pursuant to Title 28, United States Code, Sections 1331, 1345 and 1355.

3. Venue lies in this district, pursuant to Title 28, United States Code, Section 1395 because the defendant currency is located within the Southern District of Florida and will remain so during the pendency of this action.



4. The United States seeks forfeiture of the defendant currency, pursuant to Title 21, United States Code, Section 881(a)(6) on the grounds that the currency was furnished or intended to be furnished in exchange for a controlled substance; and/or is proceeds traceable to such an exchange; and/or was used or intended to be used to facilitate the exchange of a controlled substance or any other violation of Title 21, United States Code, Sections 801 *et. seq.*

**FACTUAL BACKGROUND**

5. On or about October 30, 2002, Special Agents of the United States Drug Enforcement Administration (DEA) received information that an individual named Eliezer Neufeld (NEUFELD) was traveling to Fort Lauderdale, Florida aboard an airplane with a large sum of cash in his possession.

6. On or about the early morning hours of October 31, 2002, law enforcement officials observed an individual believed to be NUEFELD, and consensually encountered him and his traveling companion, Judah Holland (HOLLAND).

7. NUEFELD AND HOLLAND provided ticket receipts as requested by the law enforcement officials, and the tickets of both NUEFELD and HOLLAND reflected one-way ticket purchases.

8. NUEFELD AND HOLLAND then consented to a search of their persons and bags.

9. NUEFELD was found to be in possession of Five Thousand

2

Seven Hundred and Two dollars ($5,702.00) in United States currency in his left front pants pocket and Five Thousand dollars ($5,000.00) in United States currency in a manila envelope located within his carry-on luggage.

10. HOLLAND was found to be in possession of Seventeen Thousand Nine Hundred Ninety-Seven dollars ($17,997.00) in United States currency in two (2) bundles, located in each of his front pants pockets.

11. NUEFELD AND HOLLAND were questioned regarding the currency. According to NUEFELD, the currency in his possession was a loan that he had received from HOLLAND. HOLLAND stated that all of the currency, including that in NUEFELD's possession, was from HOLLAND'S watch business.

12. HOLLAND was asked for documentation regarding his alleged watch business, but was unable to produce any such documentation. HOLLAND was, however, in possession of watches and watch accessories, but was unable to provide any documentation to legitimize the money in his possession such as bank or sales transaction receipts.

13. A law enforcement handler and his canine, Dusty, conducted a check of NUEFELD, HOLLAND, and their baggage. K-9 Dusty alerted to the presence of an odor of a controlled substance on the currency on both NUEFELD AND HOLLAND and the currency in NUEFELD's carry-on luggage.

14. The currency was then secreted in a location unknown to either the canine handler or K-9 Dusty and an on-lead area search was conducted, during which K-9 Dusty located the above-referenced currency and again alerted to the presence of an odor of a controlled substance on the currency.

15. Based upon the foregoing, the defendant currency has become and is forfeited to the United States of America, pursuant to Title 21, United States Code, Section 881(a)(6) on the grounds that the currency was furnished or intended to be furnished in exchange for a controlled substance; and/or is proceeds traceable to such an exchange; and/or was used or intended to be used to facilitate the exchange of a controlled substance or any other violation of Title 21, United States Code, Sections 801 *et. seq.*

**WHEREFORE**, the plaintiff, the United States of America, requests that a warrant of arrest *in rem* be issued for the defendant currency; that the Court direct all persons having any claim to or interest in the defendant currency to file and to serve their Verified Claims and Answers as required by Title 18, United States Code, Section 983(a)(4) and the Supplemental Rules for Certain Admiralty and Maritime Claims, or suffer default of such claim or interest; that the Court declare the defendant currency, and all accrued interest thereon, condemned and forfeited to the United States of America for disposition according to law; and

that the United States be granted such other and further relief as this Court deems just and proper, together with costs and disbursements of this action.

>Respectfully submitted,
>
>MARCOS DANIEL JIMENEZ
>UNITED STATES ATTORNEY
>
>BY: _____
>CAROL E. A. DEGRAFFENREIDT-WILLIS
>ASSISTANT UNITED STATES ATTORNEY
>FLORIDA BAR NO. 0642101
>500 East Broward Boulevard
>Suite 700
>Fort Lauderdale, Florida  33394
>Tel: (954) 356-7314, Ext. 3616
>Fax:(954)356-7180
>E-mail: carol.degraffenreidt-willis@usdoj.gov

## VERIFICATION

I, Thomas Redpath, Special Agent for the United States Drug Enforcement Administration hereby declare under penalty of perjury as provided by Title 28, United States Code, Section 1746, that the foregoing Complaint for Forfeiture *In Rem* is based upon information known to me, and that the facts alleged herein are true and correct to the best of my knowledge and belief.

EXECUTED, on this 18TH day of April, 2003.

THOMAS REDPATH
SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET 03-60750

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

CIV-FERGUSON

**I. (a) PLAINTIFFS**
UNITED STATES OF AMERICA

**DEFENDANTS**
SEVENTEEN THOUSAND NINE HUNDRED NINETY-SEVEN DOLLARS ($17,997.00) IN UNITED STATES CURRENCY AND TEN THOUSAND SEVEN HUNDRED AND TWO DOLLARS ($10,702.00) IN UNITED STATES CURRENCY,

MAGISTRATE JUDGE
SNOW

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: BROWARD
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: BROWARD
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

BROWARD 0:03CV60750 WDF/SS

FILED by _____ D.C.
APR 18 2003
CLARENCE MADDOX
S.D. OF FLA. FT. LAUD.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
CAROL E.A. DEGRAFFENREIDT-WILLIS
500 EAST BROWARD BLVD., SUITE 700
FORT LAUDERDALE, FL 33394
(954) 356-7314

ATTORNEYS (IF KNOWN)

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, (BROWARD,) PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 U.S. Government Plaintiff
☐ 2 U.S Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | B☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | B☒ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| 140 Negotiable Instrument | | | | | B☐ 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | A PROPERTY RIGHTS | ☐ 460 Deportation |
| 151 Medicare Act | ☐ 330 Federal Employers' Liability | | B☐ 640 R.R & Truck | | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | PERSONAL PROPERTY | B☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 850 Securities/Commodities/Exchange |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | B☐ 690 Other | ☐ 840 Trademark | |
| 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | A LABOR | B SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| A REAL PROPERTY | A CIVIL RIGHTS | PRISONER PETITIONS | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS: | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | B☐ 530 General | | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | | A☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | B☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | B☐ 550 Civil Rights | A☐ 791 Empl. Ret. Inc. Security Act | A☐ 871 IRS - Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions A OR B |
| | | B☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL UNLESS DIVERSITY.)

Title 21, United States Code, Section 881(a)(6)

LENGTH OF TRIAL
via 2 days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE: 4-17-3
SIGNATURE OF ATTORNEY OF RECORD: Carol E.A. Degraffenreidt-Willis
CAROL E.A. DEGRAFFENREIDT-WILLIS

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

This form was electronically produced by Elite Federal Forms, Inc.